129 F.3d 1254
 Alan A., Barry B., Carl C., David D., Harry H., Helen H.,
Irving I., Jeff J., Kenneth K., as Representatives
of a Class Pursuant to Fed. R. Civ. P.
23 (a), 23(b) (2)
v.
Peter Verniero, Attorney General of New Jersey, Jeffrey S.
Blitz, Atlantic County Prosecutor, William Schmidt, Bergen
County Prosecutor, Stephen G. Raymond, Burlington County
Prosecutor, Lee A. Solomon, Acting Camden County Prosecutor,
Stephen D. Moore, Cape May County Prosecutor, Arthur
Marchand, Cumberland County
 NOS. 97-5410, 97-5418
 United States Court of Appeals,
Third Circuit.
 Sept 17, 1997
 
 1
 Appeal From: D.N.J. ,Nos.97cv01288, 97cv02919
 
 
 2
 Appeals Consolidated.